## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CLAUDIUS DON JOHNSON**                                                    **PLAINTIFF**

**VS.**                         **4-05-CV-01338 WRW**

**CITIBANK USA/SEARS**                                                    **DEFENDANT**

### ORDER OF DISMISSAL

Plaintiff, through his counsel, represents that the above styled case has been settled and asks that the complaint be dismissed with prejudice.

It is, therefore, CONSIDERED, ORDERED and ADJUDGED that the Complaint is dismissed with prejudice.

IT IS SO ORDERED on this 2nd day of March, 2006.

                                                                   /s/ Wm. R.Wilson,Jr.
                                        UNITED STATES DISTRICT JUDGE